UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE TURNER, | § | |
| #00892273, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:22-cv-2872-B (BT) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 6, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court GRANTS Petitioner's Rule 60(b) motion (doc. 13). Within thirty days, Petitioner must pay the filing fee or file a motion for leave to proceed *in forma pauperis*, and he must file his pleadings on the court-approved form for habeas cases. The Clerk of Court is directed to mail Petitioner (1) a form to proceed *in forma pauperis*, and (2) a form petition for writ of habeas corpus under 28 U.S.C. § 2241.

**SO ORDERED** this 24th day of July, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE